Eastern District of Kentucky
**FILED**
JUN 26 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.                                                              INDICTMENT NO. 7:25-CR-023-DLB

JOLON M. MCCREE,
    aka OSSA,
ORLANDO J. PACK JR., and
DEVON A. OVERSTREET,
    aka STREET

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

On or about a date in September 2023, the exact date unknown, and continuing through on or about October 6, 2023, in Pike County and Lewis County, in the Eastern District of Kentucky, and elsewhere,

JOLON M. MCCREE,
aka OSSA,
ORLANDO J. PACK JR., and
DEVON A. OVERSTREET,
aka STREET,

did conspire together and with others to knowingly and intentionally distribute controlled substances, to include 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §

841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 18 U.S.C. § 924(c)(1)(A)(iii)

On or about October 6, 2023, in Pike County, in the Eastern District of Kentucky,

**JOLON M. MCCREE,**
aka OSSA,
**ORLANDO J. PACK JR., and**
**DEVON A. OVERSTREET,**
aka STREET,

aided and abetted by one another, did knowingly use and carry and discharge a firearm during and in relation to a drug trafficking offense for which they may be prosecuted in a Court of the United States, as set forth in Count 1, that is, conspiracy to distribute fentanyl, a Schedule II controlled substance, all in violation of 18 U.S.C. §§ 2, 924(c)(1)(A)(iii), and *Pinkerton v. United States*, 328 U.S. 640, 647–48 (1946).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### COUNT 2:

Not less than 10 years nor more than life imprisonment, to be served consecutive to any term of imprisonment imposed for any other offense, not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.